**Gerald Lee McCARTY, Plaintiff–Appellant,**

v.

**William E. SMITH; Archie Bruton, Defendants–Appellees.**

No. 11–6005.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2011.

Decided: April 6, 2011.

Gerald Lee McCarty, Appellant pro se.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Lee McCarty appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCarty v. Smith,* No. 5:09–ct–03126–D (E.D.N.C. Nov. 30, 2010). We deny McCarty's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*